IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS BYRD,**<br><br>          **Plaintiff,**<br><br>v.<br><br>**WARDEN THOMPSON and M. ROSS,**<br><br>          **Defendants.** | **Case No. 20-cv-897-NJR** |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

On September 9, 2020, Plaintiff was ordered to inform the Court whether he intended his partial Complaint to be a new case or an addition to his claims pending in *Byrd v. Thompson*, Case No. 20-cv-809-SPM (*See* Doc. 4). He was given a deadline to comply with the Court's Order by October 9, 2020, and he was warned that a failure to do so would result in a dismissal of his claims. As of this date, he has failed to respond to the Court's Order.

In fact, Plaintiff has failed to comply with a number of the Court's Orders. On September 3, 2020, he was given thirty days to pay his filing fee or file a motion to proceed *in forma pauperis* (Doc. 3). He was warned that his failure to comply with that Order would also result in the dismissal of his claims. He failed to respond. Further, on October 8, 2020, a show cause order (Doc. 6) was entered to show cause why sanctions should not be imposed for his repeated failure to submit his consent to proceed before the Magistrate Judge form *(See also* Docs. 2 and 5). His deadline to respond to that Order

was October 22, 2020. Plaintiff has also not responded to that Order.

Plaintiff was previously warned that his failure to respond to the Court's Orders would result in the dismissal of his claims for failure to prosecute (Docs. 3 and 4). He was also warned that his failure to show cause regarding his consent form could result in sanctions, including the dismissal of his claims. Plaintiff has utterly failed to comply with the Court's Orders.

Thus, this action is **DISMISSED** without prejudice for failure to comply with the orders of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051, 1057 (7th Cir. 1997); *Sroga v. Huberman*, 722 F.3d 980, 982 (7th Cir. 2013). The Clerk of Court is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

DATED:   October 28, 2020

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**